STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

October 21, 2018

The Honorable Robert W. Lehrburger
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re: Motion for Order to Compel
Figueroa vs. 116 E. 31st Street Realty Associates, et al
Case No.: 1:18-cv-00588-KBF

Dear Judge Lehrburger,

Please be advised that this office represents Jose Figueroa, Plaintiff in the above-referenced action.

Further to your Order of October 11, 2018, D.E. 58, please be advised that Plaintiff did in fact furnish Discovery Responses to defendants on September 5, 2018.

My apologies for not advising the Court earlier.

Thanking the Court for its time, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all Counsel of Record by ECF