UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE FIGUEROA,

                              Plaintiff,

Case No.: 18-CV-00588
(PGG)(RWL)

-against-

116 E. 31st STREET REALTY ASSOCIATES, LLC,
MATTHEW PERNA, UMI SUSHI, INC. and KUN LUO
ZHENG,

                              Defendants.
----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
            January 9, 2019

KAUFMAN, DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*
*116 E. 31st Street Realty Associates, LLC*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated: Syosset, New York
            January 13, 2019

FINKELSTEIN LAW GROUP, PLLC
*Attorneys for Plaintiff*

_____
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900

Dated: New York, New York
January 2⁴, 2019

VINCENT WONG LAW OFFICES

*/s/ Vincent Wong*

Vincent Wong, Esq.
Michael Brand, Esq.
11 East Broadway, Suite 8A
New York, NY 10038
(212) 888-0884

4842-7201-9843, v. 1

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 31, 2019